# EXHIBIT 2

CODE NAME: "CONGENBILL 1994"

| | |
|---|---|
| Shipper<br>EMIRATES NBD BANK PSJC, DUBAI | **BILL OF LADING**  B/L N°  1<br>TO BE USED WITH CHARTER-PARTIES |
| Consignee<br>TO THE ORDER OF EMIRATES NBD BANK PSJC, DUBAI | Reference No. |
| Notify address | |

# 1ST ORIGINAL

Vessel

M/T ANDROUSSA

Port of loading

STS OFFSHORE DJIBOUTI

Port of discharge

RAS ISA PORT, YEMEN

Shipper's description of goods

GASOIL 5000PPM

Gross weight

| | |
|---|---|
| MT AIR | 41,696.338 |
| MT VAC | 41,750.381 |
| CBM 15 DEG C | 49,129.655 |
| LITRES 15 DEG C | 49,129,655 |
| BBLS 60 DEG F | 309,173 |

CLEAN ON BOARD
FREIGHT PREPAID AS PER CHARTER PARTY

SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.

Weight, measure, quality, quantity, condition, contents and value un- known.

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

Place and date of issue

OFFSHORE DJIBOUTI 01/04/2017

Number of original Bs/L

3/3

Signature

NEW MARITIME S.A.R.L.
AS AGENTS ONLY

NEW MARITME AGENCY ON BEHALF OF
MASTER M/T ANDROUSSA
DEJAN PROROCIC

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES
CODE NAME: "CONGENBILL"
EDITION 1994
ADOPTED BY
THE BALTIC AND INTERNATIONAL
MARITIME CONFERENCE (BIMCO)

## Conditions of Carriage.

(1) All terms and conditions, liberties and exceptions of the Charter Party, dated as overleaf, including the Law and Arbitration Clause are herewith incorporated.

(2) **General Paramount Clause**
The Hague Rules contained in the International Convention for the Unification of certain rules relating to Bills of Lading, dated Brussels the 25th August 1924 as enacted in the country of shipment shall apply to this Bill of Lading. When no such enactment is in force in the country of shipment, the corresponding legislation of the country of destinaiton shall apply, but in respect of shipments to which no such enactments are compulsorily applicable, the terms of the said Convention shall apply.

*Trades where Hague-Visby Rules apply.*
In trades where the International Brussels Convention 1924 as amended by the Protocol signed at Brussels on February 23rd 1968 - the Hague-Visby Rules - apply compulsorily, the provisions of the repective legislation shall be considered incorporated in this Bill of Lading.

(3) **General Average**
General Average shall be adjusted, stated and settled according to York-Antwerp Rules 1974, in London unless another place is agreed in the Charter.
Cargo's contribution to General Average shall be paid to the Carrier even when such average is the result of a fault, neglect or error of the Master, Pilot or Crew. The Charterers, Shippers and Consignees expressly renounce the Belgian Commercial Code, Part II, Art. 148.

(4) **New Jason Clause.**
In the event of accident, danger, damage or disaster before or after the commencement of the voyage, resulting from any cause whatsoever, whether due to negligence or not, for which, or for the consequence of which, the Carrier is not responsible, by statute, contract or otherwise, the goods, Shippers, Consignees or owners of the goods shall contribute with the Carrier in general average to the payment of any sacrifices, losses or expenses of a general average nature that may be made or incurred and shall pay salvage and special charges incurred in respect of the goods.

If a salving ship is owned or operated by the Carrier, salvage shall be paid for as fully as if the said salving ship or ships belonged to strangers. Such deposit as the Carrier or his agents may deem sufficient to cover the estimated contribution of the goods and any salvage and special charges thereon shall, if required, be made by the goods, Shippers, Consignees or owners of the goods to the Carrier before delivery.

(5) **Both-to-Blame Collision Clause.**
If the Vessel comes into collision with another ship as a result of the negligence of the other ship and any act, neglect or default of the Master, Mariner, Pilot or the servants of the Carrier in the navigation or in the management of the Vessel, the owners of the cargo carried hereunder will indemnify the Carrier against all loss or liability to the other or non-carrying ship or her Owners in so far as such loss or liability represents loss of, or damage to, or any claim whatsoever of the owners of said cargo, paid or payable by the other or non-carrying ship or her Owners to the owners of said cargo and set-off, recouped or recovered by the other or non-carrying ship or her Owners as part of their claim against the carrying Vessel or Carrier. The foregoing provisions shall also apply where the Owners, operators or those in charge of any ship or ships or objects other than, or in addition to, the colliding ship s or objects are at fault in respect of a collision or contact.

For particulars of cargo, freight, destination, etc., see overleaf



