UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SWAIDAN TRADING CO., LLC                      CIVIL ACTION

VERSUS                                        NO: 18-994

DILETON MARITIME S. A., et al                 SECTION: G


## JUDGMENT

Pursuant to the Order entered May 7, 2018, **IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiff's claims are dismissed without prejudice for lack of subject matter jurisdiction.

New Orleans, Louisiana, this __10th__ day of May 2018.


_____
NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE